UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JONATHAN MOYA,

            Plaintiff,

v.

JEFFERSON CAPITAL
SYSTEMS, LLC,

           Defendant.
_____/

Case No. 1:12-cv-955

HON. PAUL L. MALONEY

**Notice of Settlement**

The parties have agreed to settle this lawsuit and intend to file a Stipulation of Dismissal as to all parties, with prejudice, no later than November 5, 2012.

Dated: October 25, 2012

/s/ Phillip C. Rogers
Phillip C. Rogers (P34356)
Attorney for Plaintiff
40 Pearl Street, N.W., Suite 336
Grand Rapids, Michigan 49503-3026
(616) 776-1176
ConsumerLawyer@aol.com