UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JONATHAN MOYA,

          Plaintiff,

v.

JEFFERSON CAPITAL
SYSTEMS, LLC,

          Defendant.
_____/

Case No. 1:12-cv-955

HON. PAUL L. MALONEY

## ORDER OF DISMISSAL

Pursuant to the stipulation filed by the parties (Docket # __), this matter is hereby

**DISMISSED** with prejudice and with no award of costs or attorney fees to any party.

Dated:  _____          _____
                                                           PAUL L. MALONEY
                                                           United States District Judge